**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 09, 2021

Mr. Kerry Lee Morgan
Pentiuk, Couvreur & Kobiljak
2915 Biddle Avenue, Suite 200
Wyandotte, MI 48192

Re: Case No. 21-1131, *Gun Owners of America, Inc., et al v. DOJ, et al*
Originating Case No.: 1:20-cv-10639

Dear Counsel,

This appeal has been docketed as case number **21-1131** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **February 23, 2021**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
- Appearance of Counsel
- Civil Appeal Statement of Parties & Issues
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

Appellee:
- Appearance of Counsel
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Briston S. Mitchell
Case Manager
Direct Dial No. 513-564-7082

cc: Mr. Bradley H. Darling
Eric J. Soskin

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 21-1131

GUN OWNERS OF AMERICA, INC.; DONALD J. ROBERTS, II

    Plaintiffs - Appellants

v.

U.S. DEPARTMENT OF JUSTICE; BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; REGINA LOMBARDO

    Defendants - Appellees